# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01837-LTB-MJW

OMER ABOUD (A# 46 839 411),
SINAN YASAROGLU (A# 74 096 100),
ABDEL KALAFALLAH (A# 46 836 497),
NABIL JUWALE (A# 75 303 090), and
ZULFIKHAR MOHAMMED (A# 76 796 098),
        Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION,
        Defendants.

## ORDER OF DISMISSAL

Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Plaintiffs OMER ABOUD, SINAN YASAROGLU, and ABDEL KALAFALLAH (Doc 9 - filed December 14, 2006), all claims by these Plaintiffs are dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

ORDERED, ADJUDGED and DECREED that the referenced case is DISMISSED as to OMER ABOUD, SINAN YASAROGLU, and ABDEL KALAFALLAH only. Each party will bear its own costs and attorneys' fees.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: December 19, 2006