**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-01837-LTB-MJW

NABIL JUWALE (A # 75 303 090), and
ZULFIKHAR MOHAMMED (A # 76 796 098),

       Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION,

       Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Vacate March 22, 2007 Hearing on Remand Issues and Stipulation That Plaintiffs Nabil Juwale and Zulfikhar Mohammed's Substantive Claims are Now Moot, But Reserving Attorneys' Fee Issue (Doc 22 - filed March 20, 2007) is **GRANTED**.

      The March 22, 2007 hearing is **VACATED**.

      Plaintiff's motion for fees is due **on or before April 16, 2007**; Defendants response is due **on or before May 7, 2007**; Plaintiff's reply is due **on or before May 22, 2007**.

Dated:  March 20, 2007
_____