**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01837-LTB-MJW

OMER ABOUD (A# 46 839 411),
SINAN YASAROGLU (A# 74 096 100),
ABDEL KALAFALLAH (A# 46 836 497),
NABIL JUWALE (A# 75 303 090), and
ZULFIKHAR MOHAMMED (A# 76 796 098),

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director, United States Department of Homeland Security, Denver, Colorado;
FEDERAL BUREAU OF INVESTIGATION,

    Defendants.

---

**ORDER TO HAVE THE CASE CLOSED**

---

Pursuant to the Parties' Joint Notice of Plaintiff's Withdrawal of Their Attorneys Fee Claim, it is accordingly

ORDERED, ADJUDGED and DECREED that all Plaintiffs' claims are now moot. The schedule for briefing on the attorneys fee issue is hereby vacated. The case may now be closed.

DATED this  19th  day of   April  , 2007.

                        BY THE COURT:

                          s/Lewis T. Babcock  
                        United States District Court